IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT BOSLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:17-cv-01406-NBF ) ) |
| COPART OF CONNECTICUT, INC., | ) ) |
| Defendant. | ) ) |

**ORDER APPROVING
STIPULATION TO DISMISS CLAIMS OF PLAINTIFF**

AND NOW, upon consideration of the Parties' Stipulation of Dismissal, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED, WITH PREJUDICE**, each party to bear its own fees and costs. It is further **ORDERED** that the Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement.

IT IS SO ORDERED, this 20th day of December, 2018.

_____
THE HONORABLE NORA BARRY FISCHER
DISTRICT JUDGE, UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA